IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
St. Joseph Division

Janine Thompson,           )
          Plaintiff,   )
          v.           )   Case No. 5:17-cv-6071-HFS
Infomart, Inc.,            )
          Defendant.   )

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. (Doc. 23). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own costs.

                                          /s/ Howard F. Sachs
                                          Howard F. Sachs
                                          United States District Judge

October 16, 2017
Kansas City, Missouri